121 A.3d 433

**PHILADELPHIA FEDERATION OF TEACHERS, AFT, LOCAL 3, AFL–CIO and Jerry Jordan, Respondents,**

v.

**SCHOOL DISTRICT OF PHILADELPHIA, the School Reform Commission, William J. Green, Feather Houstoun, Fara Jimenez, Marjorie Neff, and Sylvia Simms, in their Official Capacities as members of the School Reform Commission, and Dr. William R. Hite, Jr., in his Official Capacity as the Superintendent of Schools, School District of Philadelphia, Petitioners.**

Supreme Court of Pennsylvania.

Aug. 10, 2015.

## *ORDER*

PER CURIAM.

**AND NOW,** this 10th day of August, 2015, the Petition for Allowance of Appeal is **GRANTED, LIMITED TO** the issue set forth below. Allocatur is **DENIED** as to all remaining issues. The issue, as stated by petitioner, is:

Whether Sections 693 and 696 of the Distressed School Law and Act 46 of 1998 authorized the School Reform Commission and the School District of Philadelphia to cancel their collective bargaining agreement with the Philadelphia Federation of Teachers and impose new economic terms?